# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Ibrahim Aljaloudi

v.  Case Number: 4:23–cv–04679

Fiesta Mart, LLC

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/21/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Docket Call

Date:   March 7, 2025

Nathan Ochsner, Clerk